UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ALBERT GUERRA,<br>    aka "Jaab MB"<br><br>          Defendant. | Case No. 26-cr-00607-JLS<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 1344(2) – Bank Fraud; Title 18, U.S.C.; Title 18, U.S.C., Sec. 1957 – Money Laundering; and Title 18, U.S.C., Secs. 982(a)(1) and 982(2)(A) – Criminal Forfeiture |

The United States Attorney charges:

### Count 1

**BANK FRAUD**

**18 U.S.C. § 1344(2)**

Between October 28, 2025, and November 4, 2025, within the Southern District of California, Defendant ALBERT GUERRA, aka "Jaab MB," knowingly executed and attempted to execute a material scheme and artifice to obtain money and funds from the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises, and omissions of material fact, all in violation of 18 U.S.C. § 1344(2).

//

## Count 2

### MONEY LAUNDERING

18 U.S.C. § 1957

On or about November 12, 2025, within the Southern District of California and elsewhere, Defendant ALBERT GUERRA, aka "Jaab MB," did knowingly engage in a monetary transaction in criminally derived property of a value greater than $10,000.00, to wit: a $24,000.00 cash payment for a Tesla Model 3, such property having been derived from specified unlawful activity, that is bank fraud in violation of 18 U.S.C. § 1344(2), in which Defendant GUERRA participated in the transfer of the proceeds from the Southern District of California to another district, all in violation of 18 U.S.C. § 1957(a).

### FORFEITURE ALLEGATIONS

The allegations set forth in Counts 1 and 2 of this Information are realleged and incorporated as a part hereof for purposes of seeking forfeiture of property pursuant to Title 18, United States Code, Section 982.

Upon conviction of the offense set forth in Count 1 and pursuant to Title 18, United States Code, Section 982(a)(2)(A) Defendant ALBERT GUERRA shall forfeit to the United States all property constituting and derived from proceeds obtained directly and indirectly as a result of the violation. The property to be forfeited includes but is not limited to a 2021 Tesla Model 3, vehicle identification number 5YJ3E1EA3MF875957.

Upon conviction of the offense set forth in Count 2 and pursuant to Title 18, United States Code, Section 982(a)(1) Defendant ALBERT GUERRA shall forfeit to the United States any property, real and personal, involved in the offense and any property traceable to such

2

property.   The property to be forfeited includes but is not limited to a 2021 Tesla Model 3, vehicle identification number 5YJ3E1EA3MF875957.

DATED: February 18, 2026.

ADAM GORDON
United States Attorney


*Eric R. Olah*
ERIC R. OLAH
Assistant U.S. Attorney